Name: Trehana Clemmons
Street Address: P.O. Box 133164
City and County: Sacramento
State and Zip Code: Cali [95823]
Email: treahannac@gmail.com

FILED

JUN 02 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
   DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

Trehana Clemmons

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Annberry Transitional Care, Dignity Health, Mercy Medical Center, Mercy San Juan Medical Center,

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* See attached

**Complaint for a Civil Case**

Case No. 2:25cv1517 DAD CKD (PS)

*(to be filled in by the Clerk's Office)*

Jury Trial:  ☐ Yes   ☐ No
*(check one)*

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Trehana Clemmons
Street Address: P.O. Box 233164
City and County: Sacramento
State and Zip Code: Cali 95823
Email: treahannac@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
Name: Annberry Transitional Care
Job or Title (if known):
Street Address: 1000 W. Yosemite Ave
City and County: Merced
State and Zip Code: CA, 95348
Telephone Number: (209) 783-9200

Defendant No. 2
Name: Dignity Health
Job or Title (if known):
Street Address: 333 Mercy Ave
City and County: Merced
State and Zip Code: CA 95348
Telephone Number: (209) 564-5000

2

Defendant No. 3
Name: Kaiser Permanente
Job or Title (if known):
Street Address: 2025 Morse Ave
City and County: Sacramento
State and Zip Code: CA 95825
Telephone Number: (916) 973-5000

Defendant No. 4
Name: Mercy Medical Center
Job or Title (if known):
Street Address: ~~4001 J~~ 333 Mercy Ave
City and County: Merced
State and Zip Code: CA 95348
Telephone Number: (209) 564-5000

## II. Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

☑ Federal question   ☐ Diversity of citizenship

18 USC 1030

Fill out the paragraphs in this section that apply to this case.

1611 KJV Bible

**A. If the Basis for Jurisdiction Is a Federal Question**

U.S. Constitution
The Elder Justice Act
42 USC 274e
42 CFR 482.13
Patient Bill of Rights and Responsibilities
Hippocratic Oath
Title VII of Civil Rights Act of 1964

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 USC 3058i, 18 USC 241 and 242, 18 USC 1201, 42 USC 1983, 18 USC 1028, RICO, Peace And Friedship Treaty, American Indian Treaties, Dancing Rabbit Treaty, American Law, Congressional Laws, International Law, Due Process, Title 21 chapter 11 part 1306, HIPAA, EMTALA

**B. If the Basis for Jurisdiction Is Diversity of Citizenship**

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

        The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b.  If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

4

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Shall pay $1.8 \times 10^{13}$ in Troy Gold for targeting and inflicting acts of genocide upon my ancestral bloodline. And because I AM not in receipt of where defendants derived authority came from to usurp my God inalienable rights.

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I AM Subject to Alpha and Omega, the Most High God Yhv. Defendants all violated my God inalienable rights such as Psalm 105:15 as one example. Incidents began March 1985 and have been perpetually ongoing to this day. I invoke my God inalienable rights nunc pro tunc, tunc pro nunc ab initio, Ephrata!

5

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. God open Heavens flood gates ephrata! Cease and desist influencing your false man made authority on my bloodline. Provide me certified copy of your authority over me and my ancestral DNA Effective immediately, go try hiding under ground. Crawl on your belly indefinitely. Eat dust forever. Eternally be casted into the lake of fire. The Devils horns are broken forever. Caduceus shall be broken, never to rise up again! In Yeshura Hamashiak name shalom!

*Babylon must fall now!*

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: June 2nd, 2025

All Rights Reserved

Signature of Plaintiff: Clemmery Clare Cee [Real Agent]
Printed Name of Plaintiff: Krenara Clemmons, Agent

6